# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELIZABETH SPANN,

    Plaintiff,

v.                                **CASE NO**: 8:09-cv-1832-T-26TBM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Enlargement of Time in Which to Receive Proofs of Service and File Same With Clerk of Court (Dkt. 9) is granted. Plaintiff shall file proof of service on Defendant on or before May 7, 2010, failing which this case will be dismissed without prejudice and without further notice. Plaintiff has had more than ample time within which to effect service of process on Plaintiff.

**DONE AND ORDERED** at Tampa, Florida, on April 16, 2010.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record